IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RHAKEEMA WORLEY**, *et al*.<br><br>                  **Plaintiffs,**<br>   v.<br><br>**CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT,**<br><br>                  **Defendants.** | Case No. 1:17-cv-04337-LGS<br>(JURY TRIAL DEMANDED) |

### NOTICE OF FILING CONSENT TO SUE FORMS

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. Yvette Slater
   PO Box 130338
   Brooklyn, NY 11213
   (Kings County)
2. Anthony Sledge
   612 Pennsylvania Avenue
   Brooklyn, NY 11207
   (Kings County)
3. Latasha Small
   774 Rockaway Avenue Apartment 3A
   Brooklyn, NY 11212
   (Kings County)
4. Paul Small
   3959 Bell Ave
   Bronx, NY 10466
   (Bronx County)
5. Marilyn Small-Baptiste
   357 W. 118th Street Apartment 5C
   New York, NY 10026
   (New York County)
6. Siddiqa Smalls
   120-30 131 Street
   South Ozone Park, NY 11420
   (Queens County)

7. Tashana Smalls
   512 Chestnut St
   Brooklyn, NY 11208
   (Kings County)
8. Tiffany Smart
   1809 Albermark Rd. Apt. 036
   Brooklyn, NY 11226
   (Kings County)
9. Olga Smirnov
   409 Riedel Avenue
   Staten Island, NY 10306
   (Richmond County)
10. Andre Smith
    611 E. 76st Apartment 2B
    Brooklyn, NY 11236
    (Kings County)
11. Barbara Smith
    185 Trantor Pl Apartment 3B
    Staten Island, NY 10302
    (Richmond County)
12. Danita Smith
    215 Wortman Avenue
    Brooklyn, NY 11207
    (Kings County)
13. Jamael Smith
    622 Ramsen Avenue
    Brooklyn, NY 11236
    (Kings County)
14. James Smith
    414 Beach 58th St Apartment 7B
    Arverne, NY 11692
    (Queens County)
15. Laytonia Smith
    107-33 132 St
    Richmond, NY 11419
    (Queens County)
16. Regina Smith
    2120 Hughes Ave.
    Bronx, NY 10457
    (Bronx County)
17. Regina Smith
    831 Freeman St.
    Bronx, NY 10459
    (Bronx County)

18. Samantha Smith
    108-07 Monterey Street, Apartment 2
    Queens Village, NY 11429
    (Queens County)
19. Tamara Smith
    745 E. 31st Apartment 7M
    Brooklyn, NY 11210
    (Kings County)
20. Terence Smith
    249 Thomas S. Boyland St Apartment 23P
    Brooklyn, NY 11233
    (Kings County)
21. Tracey Smith
    86 Carlton Avenue 5E
    Brooklyn, NY 11205
    (Kings County)
22. Yamina Smith
    325 Classon Avenue Apartment 7C
    Brooklyn, NY 11205
    (Kings County)
23. Rose Smith Dunn
    339 Beach 86th St
    Rockaway Beach, NY 11693
    (Queens County)
24. Wileisa Smith-Pierre
    826 Columbus Avenue Apartment 5E
    New York, NY 10025
    (New York County)
25. Brenda Sneed
    1160 West 109th St., Apt. 4E
    New York, NY 10025
    (New York County)
26. Ana Soardi
    2701 South Seamans Nick Road
    Seaford, NY 11783
    (Nassau County)
27. Juan Soliman
    507 W. 186th St Apartment BSMT
    New York, NY 10033
    (New York County)
28. Alexander Solomon
    221 Ashland Place Apartment 2E
    Brooklyn, NY 11217
    (Kings County)

29. Darryl Solomon
    825 Morrison Avenue
    Bronx, NY 10473
    (Bronx County)
30. Octavia Solomon
    21 West Mosholu Pkwy. North, Apt. 2G
    Bronx, NY 10467
    (Bronx County)
31. Stephanie Somerville
    98 Macon St Apartment 1A
    Brooklyn, NY 11216
    (Kings County)
32. Anna Sorando
    326 Beach 102nd Street
    Rockaway Park, NY 11694
    (Queens County)
33. Denise Soriano
    626 Willoughby Avenue, Apartment 1
    Brooklyn, NY 11206
    (Kings County)
34. Eusebio Sosa
    97 15 Street Apartment 1R
    Brooklyn, NY 11215
    (Kings County)
35. Yvette Sosa
    88-15 Street Apartment 2C
    Jamaica, NY 11432
    (Queens County)
36. Lawrence Sosis
    2059 Royce St
    Brooklyn, NY 11234
    (Kings County)
37. Raymond Sostre
    3174 Tierney Pl.
    Bronx , NY 10465
    (Bronx County)
38. Angel Sotero
    760 Hunts Point Avenue Apartment 3D
    Bronx, NY 10474
    (Bronx County)
39. Ana Soto
    48 Woodner Lane
    Brooklyn, NY 11225
    (Kings County)

40. Valerie Spain
    181-28 144th Avenue
    Jamaica, NY 11413
    (Queens County)
41. Paul Spann
    PO Box 119
    Cedarhurst, NY 11516
    (Nassau County)
42. Tyeisha Sparrow
    744 Crescent Street Apartment 1
    Brooklyn, NY 11208
    (Kings County)
43. Natalie Spells
    52 Markham Lane Apartment 5A
    Staten Island, NY 10310
    (Richmond County)
44. Ashely Spence
    215 Macdonough St.
    Brooklyn, NY 11233
    (Kings County)
45. Marvalene Spence
    1478 Walton Ave., Apt. 1D
    Bronx, NY 10451
    (Bronx County)
46. Doreen Spencer
    108-22 173 St
    Jamaica, NY 11433
    (Queens County)
47. Jeanetta Spencer
    2050 Seward Apt. 3J
    Bronx, NY 10473
    (Bronx County)
48. Tawana Spigner
    2923 Wallace Ave.
    Bronx, NY 10467
    (Bronx County)
49. Maleeka Spragion
    85 Crooke Avenue Apartment 5
    Brooklyn, NY 11226
    (Kings County)
50. Sabrina Springer
    801 Tilden St., Apt. 16J
    Bronx, NY 10467
    (Bronx County)

51. Emma Spruill
    296 Jerome Street, Apartment 4A
    Brooklyn, NY 11207
    (Kings County)
52. Robin Spruill
    248 Cornelia St. Apt. 1B
    Brooklyn, NY 11211
    (Kings County)
53. Lakeeba Spurgeon
    735 Lincoln Avenue, Apartment 12G
    Brooklyn, NY 11208
    (Kings County)
54. Nicole Stamps
    875 Melrose Avenue Apartment 6c
    Bronx, NY 10451
    (Bronx County)
55. Diane Stathes
    199-17 22nd Avenue, Apartment 2
    Whitestone, NY 11357
    (Queens County)
56. Natasha Steed
    2 Cherry St
    Middletown, NY 10940
    (Orange County)
57. Sheree Steedley
    64 Florence Street
    Central ISLIP, NY 11722
    (Suffolk County)
58. Simone Stephenson
    200 Bethel Loop Apartment 9F
    Brooklyn, NY 11239
    (Kings County)
59. Winston Stephenson
    5404 Clarendon Rd
    Brooklyn, NY 11203
    (Kings County)
60. Yvette Sterling
    244 Troy Avenue
    Brooklyn, NY 11213
    (Kings County)
61. Alvin Stevens
    153-15 132nd Avenue
    Jamaica, NY 11434
    (Queens County)

62. Annette Stevens
    9407 Kings Highway Apartment 1D
    Brooklyn, NY 11212
    (Kings County)
63. Veronica Stevenson
    77 Randall Ave.
    Staten Island, NY 10301
    (Richmond County)
64. Debra Stewart
    810 Soundview Avenue Apartment 12H
    Bronx, NY 10473
    (Bronx County)
65. Jai Stewart
    18 Webster Avenue
    Staten Island, NY 10301
    (Richmond County)
66. Melissa Stewart
    268 Osborn St Apartment 4a
    Brooklyn, NY 11212
    (Kings County)
67. Tyrone Stewart
    98-38 57th Avenue Apartment 17M
    Corona, NY 11368
    (Queens County)
68. Nicole Stockton
    60 E. 93rd B333
    Brooklyn, NY 11212
    (Kings County)
69. Tanya Stokes
    172-17 144 Rd
    Springfield Garden, NY 11434
    (Queens County)
70. Zenobia Storey
    27-05 1st Street Apartment 6A
    Astoria, NY 11102
    (Queens County)
71. Kenneth Stout
    4027 Barnes Avenue
    Bronx, NY 10466
    (Bronx County)
72. Rachel Stovall
    87-13 125th St
    Richmond Hill, NY 11418
    (Queens County)

73. Zipporah Strickland
    1362 Park Place
    Brooklyn, NY 11213
    (Kings County)
74. Tiffany Stroman
    984 E 59th Street
    Brooklyn, NY 11234
    (Kings County)
75. Latoya Strong
    163 Legion Street
    Brooklyn, NY 11212
    (Kings County)
76. Tonya Strong
    60 Glenmore Avenue
    Brooklyn, NY 11212
    (Kings County)
77. Shannon Stropagel
    88-17 102st
    Richmond Hill, NY 11418
    (Queens County)
78. Nicoletta Stroumbas
    69-32 136st Apartment B
    Kew Gardens Hills, NY 11367
    (Queens County)
79. Mary Styles
    69 Stage Ln.
    Staten Island, NY 10304
    (Richmond County)
80. Evelyn Suarez
    755 White Plains Road
    Bronx, NY 10473
    (Bronx County)
81. Renee Suarez
    11245 Seaview Avenue
    Brooklyn, NY 11239
    (Kings County)
82. Monica Suber
    3360 Boston Road
    Bronx, NY 10469
    (Bronx County)
83. Indranie Sudama
    97-16 Allendale St
    Briarwoods, NY 11435
    (Queens County)

84. Francisco Suero
    543 Union Ave., Apt. 1E
    Bronx, NY 10455
    (Bronx County)
85. Crystal Sullivan
    1506 Sterling Pl., Apt. 3B
    Brooklyn, NY 11213
    (Kings County)
86. Zennetra Sullivan
    63-15 Beach Channel Dr
    Arverne, NY 11692
    (Queens County)
87. Annie Summers
    2245 Randall Ave., Apt. 10M
    Bronx, NY 10473
    (Bronx County)
88. Alanna Sumpter
    890 Prospect Ave., Apt. 509
    Bronx, NY 10459
    (Bronx County)
89. Idalia Sumpter
    4752 Carpenter Ave.
    Bronx, NY 10470
    (Bronx County)
90. Debra Surgener
    10 Paladino Avenue Apartment 4D
    New York, NY 10035
    (New York County)
91. Joyce Sutton
    1145 Eastern Pkway
    Brooklyn, NY 11213
    (Kings County)
92. Normand Sweeney
    1935 North Railroad Ave.
    Staten Island, NY 10306
    (Richmond County)
93. Ementine Sweeney-Adams
    131 Herzl Street
    Brooklyn, NY 11212
    (Kings County)
94. Estella Swinton
    1140 Woodycreate Apartment 1C
    Bronx, NY 10452
    (Bronx County)

95. Terron Sykes
    1131 Longfellow Ave., Apt. 2
    Bronx, NY 10459
    (Bronx County)
96. Tyiesha Sykes
    868 East Tremont Ave., Apt. 3E
    Bronx, NY 10460
    (Bronx County)
97. Richard Synmoie
    311 Stanley Ave.
    Staten Island, NY 10301
    (Richmond County)
98. Tanisha Tabor
    456 Richmond Terr., Apt. 6K
    Staten Island, NY 10301
    (Richmond County)
99. Eva Tacoronte
    50 Rutland Road
    Brooklyn, NY 11225
    (Kings County)
100. Cheryl Talovera
    9731 101 Street
    Ozone Park, NY 11416
    (Queens County)
101. Cuayani Tannis
    370 Miller Avenue
    Brooklyn, NY 11207
    (Kings County)
102. Daniela Taormina
    417 Genesee Avenue
    Staten Island, NY 10312
    (Richmond County)
103. Shalifu Tarawally
    2587 Sedgwick Ave.
    Bronx, NY 10468
    (Bronx County)
104. Michael Tashman
    1922-85th Street
    Brooklyn, NY 11214
    (Kings County)
105. Damaris Tavarez
    2059 Virgil Place, Apartment 2
    Bronx, NY 10473
    (Bronx County)

106. Louilly Tavenueras
     7801 86th Avenue
     Woodhaven, NY 11421
     (Queens County)
107. Alan Taylor
     149-42 258 Street
     Rosedale, NY 11422
     (Queens County)

The Consent to Sue forms for the above-named opt-in plaintiffs are attached hereto as

Exhibit A.

Dated: New York, New York                Respectfully submitted,
      June 29, 2017

                                          /s/ *Sarah M. Block*
                                          Sarah M. Block (SB 1460)
                                          Gregory K. McGillivary
                                          *Pro Hac Vice Admission Pending*
                                          WOODLEY & McGILLIVARY LLP
                                          1101 Vermont Ave., N.W.
                                          Suite 1000
                                          Washington, DC  20005
                                          Phone: (202) 833-8855
                                          Fax: (202) 452-1090
                                          gkm@wmlaborlaw.com
                                          smb@wmlaborlaw.com

                                          /s/ *Hope Pordy*
                                          Hope Pordy
                                          SPIVAK LIPTON LLP
                                          1700 Broadway, Suite 2100
                                          New York, NY 10019
                                          Phone: (212) 765-2100
                                          hpordy@spivaklipton.com