UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

RHAKEEMA WORLEY, et al.,

                Plaintiffs

- against -

CITY OF NEW YORK, et al.,

                Defendants.

17 Civ. 4337

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on May 8, 2020, the parties filed *Cheeks* materials and a request for a settlement approval conference. ECF 217. It is hereby

**ORDERED** that a telephonic settlement approval conference will take place on **June 4, 2020, at 2:30 P.M.** It is further

**ORDERED** that the parties shall, by **May 19, 2020**, file a joint letter that provides a telephone number and access code that all interested parties can call to dial into the conference. The parties shall ensure that the conference line has the capacity to accept all interested parties.

Dated: May 13, 2020
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE