UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHAKEEMA WORLEY,<br><br>                                   Plaintiff<br><br>                - against -<br><br>CITY OF NEW YORK, et al.,<br><br>                                   Defendants. | 17 Civ. 4337<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, a telephonic settlement conference is set to begin on June 4, 2020, at 2:30 P.M.  It is hereby

**ORDERED** that the telephonic settlement conference shall begin on June 4, 2020, at 10:00 A.M.  The parties shall call (978) 990-5215 and use Access Code 1425676.

Dated: June 3, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**