UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHAKEEMA WORLEY, et al.<br><br>                              Plaintiffs<br><br>             - against -<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 17 Civ. 4337<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, a telephonic settlement conference was held on June 4, 2020.  It is hereby

**ORDERED** that, by **June 18, 2020**, Plaintiff's counsel shall file the following materials on the docket:

- The text posted on the Plaintiffs website that explains the settlement negotiations;
- The engagement letter sent to each Plaintiff;
- The retainer letter sent to each Plaintiff;
- Any other materials that were discussed during the telephonic conference.

Plaintiff's counsel shall comply with the Court's Individual Rules regarding how to file redacted materials.  It is further

**ORDERED** that, by **June 18, 2020**, Plaintiff's counsel shall file materials on the docket that describe the outcomes in similarly situated cases.  The materials shall state, if available, the percentage of total possible recovery and the retainer fee.  The materials may include other information that Plaintiff's counsel finds relevant.

Dated: June 4, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE